SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>  Plaintiff,<br><br>vs.<br><br>R & A Associates, Inc., Individually and d/b/a 99 Cents Plus Discount Cigarettes; Jagbir S. Sidhu,<br><br>  Defendants | Case No.: CIV.S 07-cv-02379-LEW-EFB<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF R & A ASSOCIATES, INC. AND ORDER**<br><br>Complaint Filed: NOVEMBER 6, 2007<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (R & A Associates, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (R & A Associates, Inc.) is dismissed because Defendant is not a proper party to this action.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: November 29, 2007 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON |
| 2 | | Plaintiff, In Pro Per |

**IT IS SO ORDERED**.

Dated:  November 29, 2007

/s/ Ronald S. W. Lew_____
U.S. DISTRICT JUDGE

2

PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
CIV: S-07-02379-LEW-EFB

PDF created with pdfFactory trial version www.pdffactory.com