IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

              Plaintiff,                    No. CIV S-07-2379 EFB

     vs.

JAGBIR S. SIDHU,

              Defendant.            <u>ORDER TO SHOW CAUSE</u>

_____/

       This case is before the undersigned by consent of the parties pursuant to 28 U.S.C. § 636(c).  By order dated February 11, 2008, this court issued an initial scheduling order setting a status conference for June 18, 2008.  Pursuant to that order, the parties were to file status reports not later than fourteen days prior to the status conference.  The order further provided that failure to obey federal or local rules or orders of this court may result in dismissal of this action.

       Both parties have failed to file status reports as ordered.  Accordingly, the court hereby orders both parties to show cause, in writing, within twenty days from the date of this order, why sanctions should not be imposed for failure to obey court orders.  The June 18, 2008, scheduling conference is hereby vacated, and will be reset as appropriate pending submission of responses to this order.

1

1    The court cautions plaintiff that failure to respond timely to this order will result in

2    dismissal of this action.  *See* Fed. R. Civ. P. 41(b); L.R. 11-110.

3    DATED:  June 9, 2008.

4

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26