IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

vs.

R & A ASSOCIATES, INC.,
and JAGBIR S. SIDHU,

    Defendants.
_____/

No. CIV S-07-2379 EFB

ORDER AND
ORDER TO SHOW CAUSE

    The Final Pretrial Conference in this matter is presently scheduled on this court's law and motion calendar for Wednesday, May 13, 2009. Pursuant to the Scheduling Order filed July 11, 2008, the parties (plaintiff and remaining defendant Sidhu) were required to file a Joint Pretrial Statement not later than ten (10) court days prior to the pretrial conference, or by April 29, 2009. *See* Dckt. No. 20, at p. 5. The parties have filed nothing in this case since the court issued the July 11, 2008 Scheduling Order.

    Accordingly, plaintiff and defendant Sidhu are hereby ordered to show cause in writing, either separately or jointly, within ten (10) days of the filing date of this order, why sanctions should not be imposed for their failure timely to file a Joint Pretrial Statement. The parties shall also file, within ten (10) days of the filing date of this order, their Joint Pretrial Statement. The

1 | Final Pretrial Conference is hereby rescheduled to Wednesday, June 3, 2009, at 10:00 a.m., in
2 | Courtroom No. 25.
3 | SO ORDERED.
4 | DATED: May 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE