IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                No. CIV S-07-2379 EFB

vs.

R & A ASSOCIATES, INC.,
and JAGBIR S. SIDHU,

    Defendants.                            <u>ORDER</u>
_____/

       On May 4, 2009, this court ordered the parties to show cause why sanctions should not be imposed for their failure to file a Joint Pretrial Statement. Dckt. No. 21. Plaintiff timely responded and explained that the matter had been an oversight. The order to show cause will be discharged because plaintiff subsequently filed a notice of settlement, indicating that final dispositional documents will be filed within 20 days.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The order to show cause, Dckt. No. 21, is DISCHARGED.

       2. All hearing dates and deadlines set in this matter are VACATED.

       3. Final dispositional documents shall be filed on or before June 10, 2009.

       SO ORDERED.

DATED: May 20, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE